**SEALED**
BY THE ORDER OF THE COURT

<u>**WARNING:**</u> <u>**THIS IS A SEALED DOCUMENT CONTAINING NON-PUBLIC INFORMATION**</u>

CLARE E. CONNORS  #7936
United States Attorney
District of Hawaii

MARK A. INCIONG   CA BAR #163443
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
E-mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 30, 2023
Lucy H. Carrillo, Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 23-441 WRP |
| Plaintiff, | CRIMINAL COMPLAINT |
| vs. | |
| ANDY TAKATA, | |
| Defendant. | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### Distribution of 50 grams or more of Methamphetamine
### (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about July 9, 2022, within the District of Hawaii, ANDY TAKATA, the defendant, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

//

//

//

/

//

//

//

//

//

//

//

I further state that I am a Special Agent with the United States Drug Enforcement Administration, and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint", which is attached hereto and incorporated herein by reference.

DATED: HONOLULU, HAWAII: March 30, 2023

GABRIEL GRAY
Special Agent
Drug Enforcement Administration

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4.1(b)(2).



Wes Reber Porter
United States Magistrate Judge



SEALED
BY THE ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 30, 2023
Lucy H. Carrillo, Clerk of Court

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, GABRIEL GRAY, being duly sworn, deposes and states as follows:

1.  I am a special agent with the United States Drug Enforcement Administration (DEA) and have been so employed since September 2019. I am currently assigned to the Los Angeles Field Division's Honolulu District Office where I investigate various drug related crimes: drug trafficking, drug manufacturing, and drug sales. Prior to being assigned to the Los Angeles Field Division, I was assigned to the San Diego Field Division, and prior to that I completed eighteen (18) weeks of training at the DEA Academy in Quantico, Virginia. Prior to becoming a Special Agent with the DEA, I graduated from George Washington University in 2015, and upon doing so, joined the Washington, D.C. Metropolitan Police Department (MPD) as a police officer until November of 2017. From November of 2017 until September of 2019, I was employed as a police officer with the San Diego Police Department (SDPD). I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C).

2.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers. This affidavit is intended to show merely that there is sufficient probable cause for the specified violations of federal law and does not set forth all of my

knowledge about this matter,

3. On or about July 9, 2022, a cooperating defendant (CD) informed DEA special agents that he/she had previously distributed multiple pounds of methamphetamine to ANDY TAKATA. The CD explained that he/she was capable of asking TAKATA to return whatever methamphetamine TAKATA still had in his possession. Thereafter, at the direction of law enforcement, the CD placed a recorded phone call to TAKATA asking to meet in the Salt Lake neighborhood of Honolulu County—which is located within the District of Hawaii. TAKATA agreed and they scheduled a time to meet later that day.

4. That afternoon, law enforcement equipped the CD with an audio recording/transmitting device. Law enforcement then observed the CD and TAKATA meet in a parking lot in the Salt Lake neighborhood of Honolulu County during which time the CD asked TAKATA to return whatever methamphetamine TAKATA still had in his possession from the amount previously given to him by the CD. TAKATA acquiesced and responded by retrieving approximately three and a half pounds of methamphetamine from his vehicle. TAKATA then gave the CD the aforementioned methamphetamine and both parties parted ways. The CD then immediately met with investigators and gave them the methamphetamine.

5. Law enforcement maintained surveillance on TAKATA after he departed the aforementioned parking lot. Approximately 20 minutes later, law

enforcement conducted a traffic stop on TAKATA to positively identify him as the individual that had just given the aforementioned methamphetamine to the CD. Law enforcement identified TAKATA by his Hawaii driver's license during that traffic stop.

6. The methamphetamine recovered from TAKATA presumptively tested positive for methamphetamine.

7. Methamphetamine is a schedule II controlled substance.

FURTHER AFFIANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, March 30, 2023.

_____
Gabriel Gray
Special Agent
Drug Enforcement Administration

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Based upon the foregoing, the undersigned Judicial Officer finds that there is probable cause to believe that defendant above-named committed the crimes charged in the Criminal Complaint, this __30th__ day of March, 2023.



_____
Wes Reber Porter
United States Magistrate Judge